**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

1968263
FILED
OCT 11 2005
MICHAEL GANS
CLERK OF COURT

**William K. Suter**
Clerk of the Court
(202) 479-3011

October 7, 2005

Clerk
United States Court of Appeals for the Eighth
Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

Re: Jason Albert Becht
v. United States
No. 05-6888
(Your No. 03-2708)

CR 00-15 MJD/JGL

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on October 6, 2005 and placed on the docket October 7, 2005 as No. 05-6888.

Sincerely,

**William K. Suter**, Clerk

by [signature]
Heather Trant
Case Analyst

RECEIVED
OCT 11 2005
U. S. COURT OF APPEALS
EIGHTH CIRCUIT

SCANNED
NOV 03 2005
U.S. DISTRICT COURT ST. PAUL