2034019

FILED

FEB 21 2006

MICHAEL GANS
CLERK OF COURT

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

February 21, 2006

Clerk
United States Court of Appeals for the Eighth Circuit
Thomas F. Eagleton Courthouse
111 S. 10th Street, Rm. 24329
St. Louis, MO 63102

RECEIVED
BY MAIL
APR 28 2006
CLERK, US DIST. COURT
ST. PAUL, MN

Re: Jason Albert Becht
v. United States
No. 05-6888
(Your No. 03-2708)

CR 00-15 MJD/JGL

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

William K. Suter, Clerk

SCANNED
APR 28 2006
U.S. DISTRICT COURT ST. PAUL

RECEIVED
FEB 28 2006
U. S. COURT OF APPEALS
EIGHTH CIRCUIT