PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

RECEIVED
APR 22 2008
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. Jason Albert Becht**

**Docket No. 0:00CR00015-001(MJD)**

**Petition on Supervised Release**

COMES NOW **Lisa L. Martinetto**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Jason Albert Becht** who was sentenced for Possession of Child Pornography and Transmission of Child Pornography on November 1, 2000, by the Honorable Michael J. Davis, who fixed the period of supervision at 2 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Computer restrictions
- No child pornography
- Financial disclosure

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

To protect the community and facilitate proper supervision of the defendant, the following conditions are recommended. The defendant signed a hearing waiver form on April 14, 2008, in connection with the proposed modifications of the conditions of supervision.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall not possess or use a computer or have access to any on-line service without the prior approval of the U.S. Probation Office. The defendant shall identify all computer systems, internet-capable devices, and similar memory and electronic devices to which the defendant has access, and allow installation of a computer and internet monitoring program. Monitoring may include random examinations of computer systems along with internet, electronic, and media storage devices under the defendant's control. The computer system or devices may be removed for a more thorough examination, if necessary. The defendant shall contribute to the cost of such monitoring services, based on the defendant's ability to pay, as deemed appropriate by the Probation Office.

The defendant shall register with the state sex offender registration agency in any state where the defendant resides, is employed, carries on a vocation, or is a student, as directed by the probation officer. The probation officer will provide the state officials with any and all information, including substance abuse and mental health treatment records, required by the state sex offender registration agency. The probation officer may direct the defendant to

SCANNED
APR 22 2008
U.S. DISTRICT COURT MPLS

report to that agency personally for additional processing, such as photographing, fingerprinting, and providing a blood sample for DNA record.

The defendant shall participate in sex offender and/or mental health treatment as approved by the probation officer and shall submit to risk assessment which may include but is not limited to arousal screening, penile plethysmographing, and polygraphing/truth verification testing. Sex offender assessments and treatment are to be conducted by a therapist approved in advance by the probation office. Further, the defendant shall contribute to the costs of such treatment as determined by the Probation Office Co-Payment Program not to exceed the total cost of treatment.

If not employed at a regular lawful occupation, as deemed appropriate by the probation officer, the defendant may be required to perform up to 20 hours of community service per week until employed. The defendant may also participate in training, counseling, daily job search, or other employment-related activities, as directed by the probation officer.

The defendant shall submit his person, residence, office, vehicle, or an area under the defendant's control to a search conducted by a United States Probation Officer or supervised designee, at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a supervision violation. The defendant shall warn any other residents or third parties that the premises and areas under the defendant's control may be subject to searches pursuant to this condition.

ORDER OF THE COURT

Considered and ordered this 20 day of April, 2008, and ordered filed and made a part of the records in the above case.

Michael J. Davis

Honorable Michael J. Davis
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Lisa L. Martinetto
Senior U.S. Probation Officer
Telephone: 651-848-1245
Executed on April 16, 2008
Place St. Paul

Approved:

Diane M. Levendusky
Supervising U.S. Probation Officer

c: United States Sentencing Commission