# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# MISCELLANEOUS CRIMINAL MINUTES

UNITED STATES OF AMERICA,
Plaintiff,

v.

Jason Albert Becht (1),

Defendant.

## COURT MINUTES - CRIMINAL

| | |
|---|---|
| Case No: | 00-cr-15 (1) (MJD/JGL) |
| Date: | May 21, 2008 |
| Court Reporter: | Lori Simpson |
| Time Commenced: | 3:20 p.m. |
| Time Concluded: | 3:50 p.m. |
| Time in Court: | 30 minutes |

Before Michael J. Davis, United States District Judge, at Courtroom 14E, Minnesota.

APPEARANCES:

For Plaintiff: Michelle Jones, Assistant U.S. Attorney
For Defendant: Andrew Mohring, Assistant Federal Defender

PROCEEDINGS:

☒ Status conference.
☒ Defendant has agreed to abide by the Modified Conditions of Supervised Release filed 4/22/08 with the Court.
☒ Defendant released on same conditions of supervised release.

Date: May 21, 2008

s/KW
Calendar Clerk to Judge Michael J. Davis